UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2012 FEB 27 PM 3: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

vs.   CASE NO. 3:06-cr-339-J-20TEM

ANTHONY BUTLER
_____/

# ORDER

**THIS CAUSE** is before this Court on "Mr. Butler's Response Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines" (Dkt. 57).

Pursuant to the Fair Sentencing Act of 2010, the United States Sentencing Commission promulgated an emergency, temporary sentencing guideline amendment lowering the base offense levels for cocaine base (crack cocaine) offenses for eligible defendants sentenced on or after November 1, 2010. A permanent amendment was subsequently promulgated, Amendment 750. That permanent amendment, which became effective November 1, 2011, assigns the same quantities of crack cocaine to the same base offense levels as did the emergency, temporary amendment. On June 30, 2011, the Sentencing Commission decided that the reduced base offense levels assigned to the quantities of crack cocaine, listed in the Drug Quantity Table at U.S.S.G. § 201.1 (c), should be applied retroactively to defendants sentenced before November 1, 2010.

Accordingly, this Court issued an Order (Dkt. 52) directing the United States Probation Office to prepare a supplement report stating whether Defendant was eligible for a reduction in his sentence pursuant to the provisions of the Amendment and U.S.S.G. § 1B1.10. The parties have reviewed that report. Defendant's instant response recognizes that Defendant is not entitled to such

relief because he was sentenced as a career offender.

Accordingly, it is **ORDERED**:

Defendant's "Motion of Movant for Modification or Reduction of Sentence Based Upon an Intervening Post-Sentencing Change in the United States Sentencing Guidelines Pertaining to Cocaine Base "Crack" Offenses (Amendment) 750 which Effectively Lowers Petitioner's Term of Imprisonment" (Dkt. 48) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22 day of February, 2012.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Rick Carey, Esq.
Patricia Barksdale, Esq.
U.S. Probation Office